IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARCUS D. HARRIS,**     **PLAINTIFF**
**ADC #553083**

v.     **CASE NO. 5:18CV00046-JLH-BD**

**TERRY FORD**     **DEFENDANT**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. Marcus D. Harris has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Harris's claims against Defendant Ford in his official capacity are DISMISSED, without prejudice.

IT IS SO ORDERED this 16th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE