IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARCUS D. HARRIS**                                                                      **PLAINTIFF**
**ADC # 553083**

**V.**                              **CASE NO. 5:18-CV-46-BD**

**TERRY FORD**                                                                            **DEFENDANT**

## ORDER

The parties have reached a settlement of all claims. Accordingly, the trial scheduled to begin May 6, 2019 is cancelled, and the case is dismissed with prejudice.

IT IS SO ORDERED this 24th day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE